# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**RANDY OUTLAW**                                              **PLAINTIFF**

v.                                                              No. 1:20CV41-GHD-JMV

**LOWNDES COUNTY ADULT**
**DETENTION CENTER, ET AL.**                                                   **DEFENDANTS**

## FINAL JUDGMENT

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Magistrate Judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court.

It is **ORDERED that**:

1. The Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. Defendants Captain Ryan Rickert, Head Nurse Sarah Rickert, and Lieutenant Brown are **DISMISSED** with prejudice, as the plaintiff sued them in their capacities as supervisors, and he did not allege facts to support supervisor liability;

3. The Lowndes County Adult Detention Center is **DISMISSED** with prejudice, as it is not an entity amendable to suit under Mississippi law;

4. The plaintiff's claims of denial of adequate medical care are **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted;

5. The plaintiff's claim regarding lack of running water in his cell is **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted; and

6. This case is **CLOSED**.

**SO ORDERED**, this, the 5th day of May, 2021.

/s/ Glen H. Davidson
SENIOR JUDGE